UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                         Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| BRADLEY J. NIVALA,<br><br>                         Appellant,<br><br>          v.<br><br>NORTHWEST AIRLINES CORPORATION, et al.,<br><br>                         Appellees. | Case No. 09-cv-3873 (RJS) |

## REVISED SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the following revised schedule is adopted:

    By August 24, 2009, Appellees, Northwest Airlines Corporation, et al. shall file and serve their response brief.

    By September 8, 2009, Appellant, Bradley J. Nivala shall file and serve his reply submission, if any.

SO ORDERED.

Dated: July 31, 2009
New York, New York

HONORABLE RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USActive 17016747.1